UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARY ANN SHAUGHNESSY

v.  CA 09-246 ML

MICHAEL J. ASTRUE
Commissioner of the Social Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on March 30, 2010. Neither party has filed an objection and the time for doing so has passed.

This Court has reviewed the Report and Recommendation *de novo* and determined that the Magistrate Judge's factual findings and legal conclusions are fully supported by the record. Accordingly, this Court adopts the Report and Recommendation. The Commissioner's Motion for Order Affirming the Decision of the Commissioner is DENIED. Plaintiff's Motion to Reverse with a Remand is GRANTED. Judgment shall enter in favor of Plaintiff, and the matter shall be remanded for further administrative proceedings consistent with the Magistrate Judge's recommendation.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
April 20, 2010